Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777

Attorneys for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re | No. 2-09-28352-SSC |
|---|---|
| WALTER LYNN O'NEAL<br>MARY BETH O'NEAL,<br><br>Debtor(s) | CHAPTER 13<br><br>DECLARATION OF EVIDENCE OF EMPLOYERS' PAYMENTS WITHIN 60 DAYS |

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the Debtor(s) from any employer within 60 days prior to the filing of the Petition;
- ☐ Debtor(s) has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the Petition; or
- ☐ Debtor(s) has received the following payments from employers within 60 days prior to the filing of the Petition:$_____.

Debtor(s) declares the foregoing to be true and correct under penalty of perjury.

DATED: 10-13-09        _Walter O'Neal_
                       Signature of Debtor

                       _MBO'Neal_
                       Signature of Debtor

# Pay Voucher

WALTER O'NEAL
B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

Show Year-To-Date

Printer-Friendly Fo

For a prior pay period, click

| | | | | Federal | AZ |
|---|---|---|---|---|---|
| WALTER LYNN O'NEAL | EmplID: | 00000792469 | TAX DATA: | | |
| 10430 N CENTRAL AVE | AU#/CC#: | 017537 | Marital Status: | Married | n/a |
| PHOENIX, AZ 85020 | Location: | PHX-100 WA | Allowances: | 0 | 0 |
| | Pay Begin Date: | 08/16/2009 | Addl. Amt: | | |
| Job Title: SECURITY AGENT 2 | Pay End Date: | 08/29/2009 | | | |
| | Check Date: | 09/04/2009 | | | |

|  | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,738.03 | 2,412.60 | 540.52 | 366.79 | 1,830.72 |

### Earnings

| | | | Taxes | |
|---|---|---|---|---|
| Regular Pay | | 2,413.03 | Fed Withholdng | 282.93 |
| Car Allowance | | 325.00 | Fed MED/EE | 37.08 |
| Non Taxable Parking | | | Fed OASDI/EE | 158.55 |
| Award - Monthly | | | AZ Withholdng | 61.96 |
| Total: | | 2,738.03 | Total: | 540.52 |

### Before-Tax Deductions

After-Tax Deductions

| | | | |
|---|---|---|---|
| UHC PPO | 114.92 | OPTNL Life | 27. |
| Den-Enhnce | 14.15 | LTD | 13.( |
| VSP Vision | 5.43 | | |
| WF 401(K) | 144.78 | | |
| Health FSA | 46.15 | | |
| Total: | 325.43 | Total: | 41.: |

### Net Pay Distribution

| | | | | |
|---|---|---|---|---|
| Direct Deposit | 32467190 | Checking | XXXXXX8727 | 1,8 |

Go To:

# Pay Voucher

**WALTER O'NEAL**

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

Show Year-To-Date

Printer-Friendly Fo

For a prior pay period, click

| | | | | |
|---|---|---|---|---|
| WALTER LYNN O'NEAL | EmplID: | 00000792469 | TAX DATA: | Federal | AZ |
| 10430 N CENTRAL AVE | AU#/CC#: | 017537 | Marital Status: Married | n/a |
| PHOENIX, AZ 85020 | Location: | PHX-100 WA | Allowances: 0 | 0 |
| | Pay Begin Date: | 08/30/2009 | Addl. Amt: | |
| Job Title: SECURITY AGENT 2 | Pay End Date: | 09/12/2009 | | |
| | Check Date: | 09/18/2009 | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,498.20 | 2,087.59 | 421.33 | 366.80 | 1,710.07 |

### Earnings

| | | | Taxes | |
|---|---|---|---|---|
| Regular Pay | | 2,413.03 | Fed Withholdng | 205.54 |
| Non Taxable Parking | | 85.17 | Fed MED/EE | 32.37 |
| Car Allowance | | | Fed OASDI/EE | 138.41 |
| Award - Monthly | | | AZ Withholdng | 45.01 |
| Total: | | 2,498.20 | Total: | 421.33 |

### Before-Tax Deductions

### After-Tax Deductions

| | | | | |
|---|---|---|---|---|
| UHC PPO | 114.92 | OPTNL Life | | 27.˙ |
| Den-Enhnce | 14.15 | LTD | | 13.ı |
| VSP Vision | 5.43 | | | |
| WF 401(K) | 144.78 | | | |
| Health FSA | 46.16 | | | |
| Total: | 325.44 | Total: | | 41.˙ |

### Net Pay Distribution

| | | | | |
|---|---|---|---|---|
| Direct Deposit | 32628744 | Checking | XXXXXX8727 | 1,7 |

Go To:

# Pay Voucher

WALTER O'NEAL

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

Show Year-To-Date

Printer-Friendly Fo

For a prior pay period, click

| | | | | |
|---|---|---|---|---|
| WALTER LYNN O'NEAL | EmplID: | 00000792469 | TAX DATA: Federal | AZ |
| 10430 N CENTRAL AVE | AU#/CC#: | 017537 | Marital Status: Married | n/a |
| PHOENIX, AZ 85020 | Location: | PHX-100 WA | Allowances: 0 | 0 |
| | Pay Begin Date: | 09/13/2009 | Addl. Amt: | |
| Job Title: SECURITY AGENT 2 | Pay End Date: | 09/26/2009 | | |
| | Check Date: | 10/02/2009 | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,738.03 | 2,412.60 | 540.53 | 366.79 | 1,830.71 |

**Earnings**

Regular Pay
Car Allowance
Non Taxable Parking
Award - Monthly

Total:

**Taxes**

| | | |
|---|---|---|
| 2,413.03 | Fed Withholdng | 282.93 |
| 325.00 | Fed MED/EE | 37.08 |
| | Fed OASDI/EE | 158.56 |
| | AZ Withholdng | 61.96 |
| 2,738.03 | Total: | 540.53 |

**Before-Tax Deductions**

| | |
|---|---|
| UHC PPO | 114.92 |
| Den-Enhnce | 14.15 |
| VSP Vision | 5.43 |
| WF 401(K) | 144.78 |
| Health FSA | 46.15 |
| Total: | 325.43 |

**After-Tax Deductions**

| | |
|---|---|
| OPTNL Life | 27.: |
| LTD | 13.! |
| Total: | 41.: |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit | 32790500 | Checking | XXXXXX8727 | 1,8 |

Go To:

# Pay Voucher

**WALTER O'NEAL**

B10 WELLS FARGO BANK N A

101 NORTH PHILLIPS AVENUE

SIOUX FALLS, SD 57104

Printer-Friendly Fo

For a prior pay period, click

| | | | | |
|---|---|---|---|---|
| WALTER LYNN O'NEAL | EmplID: | 00000792469 | TAX DATA: Federal | AZ |
| 10430 N CENTRAL AVE | AU#/CC#: | 017537 | Marital Status: Married | n/a |
| PHOENIX, AZ 85020 | Location: | PHX-100 WA | Allowances: 0 | 0 |
| | Pay Begin Date: | 09/27/2009 | Addl. Amt: | |
| Job Title: SECURITY AGENT 2 | Pay End Date: | 10/10/2009 | | |
| | Check Date: | 10/16/2009 | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,498.20 | 2,087.59 | 421.33 | 366.80 | 1,710.07 |
| YTD | 56,473.90 | 48,686.17 | 10,745.43 | 7,799.54 | 37,928.93 |

**Earnings**

**Taxes**

| | | | | |
|---|---|---|---|---|
| Regular Pay | | 2,413.03 | Fed Withholdng | 205.54 |
| Non Taxable Parking | | 85.17 | Fed MED/EE | 32.37 |
| Car Allowance | | | Fed OASDI/EE | 138.41 |
| Award - Monthly | | | AZ Withholdng | 45.01 |
| Total: | | 2,498.20 | Total: | 421.33 |

**Before-Tax Deductions**

**After-Tax Deductions**

| | | | |
|---|---|---|---|
| UHC PPO | 114.92 | OPTNL Life | 27.71 |
| Den-Enhnce | 14.15 | LTD | 13.65 |
| VSP Vision | 5.43 | | |
| WF 401(K) | 144.78 | | |
| Health FSA | 46.16 | | |
| Total: | 325.44 | Total: | 41.36 |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit | | 32952236 | Checking XXXXXX8727 | 1,7 |

Go To:

# #304881501 O Neal & Associates LLC

**Payroll Register (B341)**

| Check Date: | 09/25/2009-1 |
|---|---|
| Period Range: | 09/07/2009 TO 09/20/2009 |
| Week Number: | Week #39 |

Division: 1 - Medi Weight Loss Clinics
Department: 100 - Staff

[Employee name redacted]

| Earning | Rate | Hours | Amount | YTD Hrs | YTD Amt | Deduction | Amount | YTD Amt | Tax | Wages | Amt | YTD Wages | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-Regular | 11.00 | 58.00 | 638.00 | 254.00 | 2,794.00 | | | | Federal (S/1) | 638.00 | 27.03 | 2,794.00 | 87.01 |
| | | | | | | | | | OASDI | 638.00 | 39.56 | 2,794.00 | 173.23 |
| | | | | | | | | | Medicare | 638.00 | 9.25 | 2,794.00 | 40.51 |
| | | | | | | | | | State AZ (10/1) | 638.00 | 3.11 | 2,794.00 | 10.01 |

Check Date: 9/25/2009
Check #: -99999564
Type: Regular
Dis Dep: 559.05
Chk Dep: 0.00
Chk Amt: 559.05

Check Totals: 58.00    638.00    254.00    2,794.00    0.00    0.00    78.95    310.76

O'neal, Mary B

| Earning | Rate | Hours | Amount | YTD Hrs | YTD Amt | Deduction | Amount | YTD Amt | Tax | Wages | Amt | YTD Wages | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Salary | 0.00 | 0.00 | 500.00 | 0.00 | 2,500.00 | | | | Federal (M/0) | 500.00 | 40.00 | 2,500.00 | 180.00 |
| | | | | | | | | | OASDI | 500.00 | 31.00 | 2,500.00 | 155.00 |
| | | | | | | | | | Medicare | 500.00 | 7.25 | 2,500.00 | 36.25 |
| | | | | | | | | | State AZ (25/) | 500.00 | 11.52 | 2,500.00 | 46.08 |

Check Date: 9/25/2009
Check #: -99999563
Type: Regular
Dis Dep: 410.23
Chk Dep: 0.00
Chk Amt: 410.23

Check Totals: 0.00    500.00    0.00    2,500.00    0.00    0.00    89.77    397.33

Wells Fargo ExpressPay - MN
phone: 888-735-6798
fax: 866-625-9212
e-mail:

Date Printed: 09/24/2009 10:56:52 AM    Page 1

## Paystub 1

**Mary B O'neal**

| | | |
|---|---|---|
| Company 304881501 | Period Begin 9/21/2009 | Division 1 |
| Number 1 | Period End 10/4/2009 | Branch |
| Social Security # | Check Number -99999549 | Department 100 |
| Hire Date 7/1/2008 | Check Date 10/9/2009 | Team |

**Medi Weight Loss Clinics**
Fed OR $40.00

29 W Thomas
Suite 201 Phoenix, AZ 85013

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 500.00 | 3000.00 |
| Total Earnings | | | 0.00 | 500.00 | 3000.00 |
| **NET PAY** | 410.23 | **Total Direct Deposits** | | 410.23 | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (500.00) | 40.00 | 200.00 |
| OASDI (500.00) | 31.00 | 186.00 |
| Medicare (500.00) | 7.25 | 43.50 |
| AZ (25/0) (500.00) | 11.52 | 57.60 |
| Checking 1 46951XXXX | 410.23 | 1640.92 |
| Total Deductions | 500.00 | 2128.02 |
| Check Amount | 0.00 | 871.98 |

---

## Paystub 2

**Mary B O'neal**

| | | |
|---|---|---|
| Company 304881501 | Period Begin 8/24/2009 | Division 1 |
| Number 1 | Period End 9/6/2009 | Branch |
| Social Security # | Check Number -99999577 | Department 100 |
| Hire Date 7/1/2008 | Check Date 9/11/2009 | Team |

**Medi Weight Loss Clinics**
Fed OR $40.00

29 W Thomas
Suite 201 Phoenix, AZ 85013

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 500.00 | 2000.00 |
| Total Earnings | | | 0.00 | 500.00 | 2000.00 |
| **NET PAY** | | | | | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (500.00) | 40.00 | 120.00 |
| OASDI (500.00) | 31.00 | 124.00 |
| Medicare (500.00) | 7.25 | 29.00 |
| AZ (25/0) (500.00) | 11.52 | 34.56 |
| Checking 1 46951XXXX | 410.23 | 820.46 |
| Total Deductions | 500.00 | 1128.02 |
| Check Amount | 0.00 | 871.98 |