# Notice Recipients

District/Off: 0970–2  User: durant  Date Created: 11/5/2009
Case: 2:09–bk–28352–SSC  Form ID: b9i  Total: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8621072    GMAC
8621083    Paula Wojtcuk, Joshua Holland and Medi W

          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         WALTER LYNN O'NEAL        10430 North Central Avenue        Phoenix, AZ 85020
jdb        MARY BETH O'NEAL        10430 North Central Avenue        Phoenix, AZ 85020
tr         RUSSELL BROWN        CHAPTER 13 TRUSTEE        SUITE 800        3838 NORTH CENTRAL AVENUE        PHOENIX, AZ 85012–1965
aty        DONALD W. POWELL        CARMICHAEL &POWELL, P.C.        7301 N. 16TH ST., #103        PHOENIX, AZ 85020
smg        AZ DEPARTMENT OF REVENUE        BANKRUPTCY &LITIGATION        1600 W. MONROE, 7TH FL.        PHOENIX, AZ 85007–2650
8621064    Altier Credit Union        1511 N. Project Drive        Tempe, AZ 85281
8621065    Bank of America        400 Countrywide Way, Ste. 35        Simi Valley, CA 93065
8621066    CBS Outdoor        P.O. Box 33074        Newark, NJ 07188
8621067    Central Security Systems        P.O. Box 21031        Tulsa, OK 74121
8621068    Choice Visa        P.O. Box 6401        The Lakes, NV 88901
8621069    Cox Communications        1550 W. Deer Valley Rd.        Phoenix, AZ 85027
8621070    Discover Card        P.O. Box 6103        Carol Stream, IL 60197
8621071    Empower Emergency Physicians, PC        P.O. Box 7690        Colorado Springs, CO 80933
8621073    GMAC        P.O. Box 380902        Bloomington, MN 55438
8621074    Good Samaritan Hospital        1111 East McDowell Road        Phoenix, AZ 850006
8621075    Internal Revenue Service        P.O. Box 21126        Philadelphia, PA 19114
8621076    Joshua Holland        6326 West Wethersfield Rd.        Glendale, AZ 85304
8621077    Julian Geller        c/o Paul M. Weiser        16435 North Scottsdale Rd., #440        Scottsdale, AZ 85254
8621078    L.L. Bean        Card Services        P.O. Box 8801        Wilmington, DE 19899
8621079    Macy's        P.O. Box 183084        Columbus, OH 43218
8621080    Mountain America Credit Union        P.O. Box 9001        West Jordan, UT 84084
8621081    North Central News        5308 North 12th St., #402        Phoenix, AZ 85014
8621082    Paula Wojtcuk        6817 West Evergreen Terrace        Peoria, AZ 85383
8621084    St. Joseph's Hospital        350 West Thomas Road        Phoenix, AZ 85011
8621085    State of Arizona        Dept. of Revenue        1600 West Monroe        Phoenix, AZ 85007
8621086    U.S. Bank        Arizona Indirect Lending        P.O. Box 790179        St. Louis, MO 63179
8621087    U.S. Bank Home Mortgage        P.O. Box 20005        Owensboro, KY 42304
8621088    Wells Fargo Card Services        P.O. Box 30086        Los Angeles, CA 90030

          TOTAL: 28