Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>WALTER LYNN O'NEAL<br>MARY BETH O'NEAL,<br><br>Debtors. | No. 2-09-28352<br><br>CHAPTER 13<br><br>AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS |

COME NOW the Debtors, by and through their attorneys undersigned, and herein amend Question 5 of the Statement of Financial Affairs. In 2009, the 2006 Hummer leased from GMAC by the Debtors was returned to GMAC prior to the filing of the Chapter 13 Petition.

RESPECTFULLY SUBMITTED this 22nd day of December, 2009.

CARMICHAEL & POWELL, P.C.

By _____
Donald W. Powell
7301 North 16th Street, #103
Phoenix, Arizona 85020
Attorneys for Debtors

| | |
|---|---|
| 1 | COPY of the foregoing mailed this |
| 2 | 22nd day of December, 2009, to: |
| 3 | Russell A. Brown |
| 4 | 3838 North Central Avenue, #800 |
| | Phoenix, Arizona 85012 |
| 5 | Trustee |
| 6 | /s/ |

Actual rendering:

1  COPY of the foregoing mailed this
2  22nd day of December, 2009, to:

3  Russell A. Brown
4  3838 North Central Avenue, #800
   Phoenix, Arizona 85012
5  Trustee

6  _[signature]_

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 85020-5297
(602) 861-0777