# Notice Recipients

District/Off: 0970−2  User: rootk  Date Created: 12/22/2009
Case: 2:09−bk−28352−SSC  Form ID: nch13pln  Total: 40

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8621072   GMAC
8621083   Paula Wojtcuk, Joshua Holland and Medi W

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
tr        RUSSELL BROWN
aty       LISA S KASS    kass@folawfirm.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        WALTER LYNN O'NEAL    10430 North Central Avenue    Phoenix, AZ 85020
jdb       MARY BETH O'NEAL    10430 North Central Avenue    Phoenix, AZ 85020
cr        Altier Credit Union    c/o Folks &O'Connor, PLLC    1850 N. Central Ave., #1140    Phoenix, AZ 85004
cr        RECOVERY MANAGEMENT SYSTEMS CORPORATION    25 SE 2ND AVE #1120    MIAMI, FL 33131
aty       DONALD W. POWELL    CARMICHAEL &POWELL, P.C.    7301 N. 16TH ST., #103    PHOENIX, AZ 85020
smg       AZ DEPARTMENT OF REVENUE    BANKRUPTCY &LITIGATION    1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007−2650
8632518   ARIZONA DEPARTMENT OF REVENUE    SPECIAL OPERATIONS UNIT 7TH FLOOR    1600 W. MONROE    PHOENIX AZ 85007
8621064   Altier Credit Union    1511 N. Project Drive    Tempe, AZ 85281
8621065   Bank of America    400 Countrywide Way, Ste. 35    Simi Valley, CA 93065
8621066   CBS Outdoor    P.O. Box 33074    Newark, NJ 07188
8621067   Central Security Systems    P.O. Box 21031    Tulsa, OK 74121
8621068   Choice Visa    P.O. Box 6401    The Lakes, NV 88901
8621069   Cox Communications    1550 W. Deer Valley Rd.    Phoenix, AZ 85027
8647749   DEPARTMENT STORES NATIONAL BANK/VISA    NCO FINANCIAL SYSTEMS, INC.    PO BOX 137    COLUMBUS, GA 31902−0137
8634215   DISCOVER BANK    DFS Services LLC    PO Box 3025    New Albany, Ohio 43054−3025
8621070   Discover Card    P.O. Box 6103    Carol Stream, IL 60197
8621071   Empower Emergency Physicians, PC    P.O. Box 7690    Colorado Springs, CO 80933
8634317   GMAC    P.O. Box 130424    Roseville, MN 55113
8621073   GMAC    P.O. Box 380902    Bloomington, MN 55438
8621074   Good Samaritan Hospital    1111 East McDowell Road    Phoenix, AZ 850006
8621075   Internal Revenue Service    P.O. Box 21126    Philadelphia, PA 19114
8621076   Joshua Holland    6326 West Wethersfield Rd.    Glendale, AZ 85304
8621077   Julian Geller    c/o Paul M. Weiser    16435 North Scottsdale Rd., #440    Scottsdale, AZ 85254
8621078   L.L. Bean    Card Services    P.O. Box 8801    Wilmington, DE 19899
8621079   Macy's    P.O. Box 183084    Columbus, OH 43218
8621080   Mountain America Credit Union    P.O. Box 9001    West Jordan, UT 84084
8621081   North Central News    5308 North 12th St., #402    Phoenix, AZ 85014
8621082   Paula Wojtcuk    6817 West Evergreen Terrace    Peoria, AZ 85383
8742859   Recovery Management Systems Corporation    25 S.E. 2nd Avenue, Suite 1120    Miami, FL 33131−1605
8621084   St. Joseph's Hospital    350 West Thomas Road    Phoenix, AZ 85011
8621085   State of Arizona    Dept. of Revenue    1600 West Monroe    Phoenix, AZ 85007
8621086   U.S. Bank    Arizona Indirect Lending    P.O. Box 790179    St. Louis, MO 63179
8621087   U.S. Bank Home Mortgage    P.O. Box 20005    Owensboro, KY 42304
8689635   Wells Fargo Bank, N.A.    BDD−Bankruptcy Dept    MAC S4101−08C    100 W. Washington Street,    Phoenix, AZ 85003
8630652   Wells Fargo Bank, N.A.    c/o Wells Fargo Card Services    Recovery Department    P.O. Box 9210    Des Moines, IA 50306
8621088   Wells Fargo Card Services    P.O. Box 30086    Los Angeles, CA 90030

TOTAL: 36